

# Court of Appeals
## Sixth Appellate District of Texas

J U D G M E N T

William H. Scurlock, Appellant

No. 06-15-00014-CV     v.

John M. Hubbard, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 14C1653-102). Memorandum Opinion delivered by Justice Burgess, Justice Moseley and Justice Carter* participating.   *Justice Carter, Sitting by Assignment.

As stated in the Court's opinion of this date, in accordance with Rule 42.1(a)(2)(C) of the Texas Rules of Appellate Procedure and the parties' agreement, we abate this matter to the trial court and authorize the trial court to conduct those proceedings necessary to effectuate the parties' settlement agreement.

We further order that in accordance with Rule 42.1(d) of the Texas Rules of Appellate Procedure, costs of this appeal will be taxed against appellant.

RENDERED MAY 20, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk